UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

      v.

MICHAEL LEE REED, JR.,

          Defendant.
_____

12-CR-211-RJA

**SENTENCING MEMORANDUM**

    **JOHN HUMANN**, affirms under penalty of perjury that:

    Michael Reed is scheduled to be sentenced before this Court on Monday, August 26, 2013, at 12:30 PM.  Attached are two letters written on behalf of the Defendant for the Court's consideration at time of sentencing.  The letters are from two of the Defendant's family members:

        Thomas A. Schweickert - Defendant's brother;
        Cody A. Schweickert - Defendant's brother.

    **DATED**:    Buffalo, New York, August 20, 2013.

                Respectfully submitted,

                <u>/s/ John Humann</u>
                John Humann
                Senior Litigator
                Federal Public Defender's Office
                300 Pearl Street, Suite 200
                Buffalo, New York 14202
                (716) 551-3341
                <u>john_humann@fd.org.</u>
                Attorney for Defendant Michael Lee Reed, Jr.

AO 72A
(Rev. 8/82)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

     v.                                       **12-CR-211-RJA**

MICHAEL LEE REED, JR.,

          Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on **August 20, 2013**, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1. Michael DiGiacomo
   Assistant United States Attorney
   Western District of New York
   138 Delaware Avenue, Federal Centre
   Buffalo, New York 14202

And, I hereby certify that I have emailed the document to the following non-CM/ECF participant(s).

2. Lindsay M. Maza
   United States Probation Officer Specialist
   U.S. Probation Department
   U.S. Courthouse
   2 Niagara Square
   Buffalo, New York 14202

                                             **/s/Joanne Sabatino**
                                             Joanne Sabatino, Legal Assistant
                                             Federal Public Defender's Office

AO 72A
(Rev. 8/82)