February 7, 2013

Thomas A. Schweickert
38 Woodstock Rd.
Glenwood, NY 14069

Honorable Richard J. Arcara
United States District Judge
c/o John Humann, Senior Litigator
Federal Public Defender's Office
Western District of New York
300 Pearl St., Suite 200
Buffalo, NY 14202

Dear Sir,

I'm writing to you about my older brother, Michael L. Reed.

I really do not know how to start this or really what I can do in this situation.
I guess I can start by saying that my brother being in jail is affecting me, my
mother and other family and friends. It is mainly affected me emotionally.
When I see his number pop up on my phone, I cannot help but to start crying
knowing that he is miserable and just wants someone to talk to... let alone
that 75% of the people that he calls ignore him like he is nothing. It breaks
my heart knowing that I cannot afford to put money on my phone so that I
can answer his calls or even talk to him.

The other ways this affects me are academically, mentally and athletically.
When I sit down to do school work I can't stop thinking about him. He used
to help me do my homework when I needed it. My grades are suffering as
are my relationships with my friends. I'm too depressed to talk to them.
Mentally, I always think about him and the good times we have had and the
bad times we've had. I miss him with all my heart. Sometimes I think it is
my fault. I wish I could help him. This also affects me athletically because
sometimes I skip track practice because I don't want to cry in front of my
peers and coaches. I feel like I don't want to do anything so I do poorly at
track meets. I want to be able to say "Hey, I'm going to spend some time

with Mike", but I can't because I have to call two days in advance and spend a bunch of money on gas, and I only get to talk to him for an hour with this cold metal uncomfortable "wall" separating us.

I don't know if this will be much help, but I hope it has some impact. I know what he did was obviously wrong, but there is way more important and worse crimes being committed as I write this and as this is being read. I think he is getting an unfair deal, considering someone can get drunk and kill an innocent girl and try to hide the evidence and only get 18 months. Or someone can kill his wife and kids and almost kill a cop and get away with a year or so. Please be lenient with them. His penalty is as if I threw a milk carton at lunch and got two weeks detention, while some other kid swears at a teacher, steals from other students, skips classes and vandalizes the building, and then gets two days of detention.

Please hear where I'm coming from. I don't know if I should say this, but if you had a brother and they got in trouble for the same thing, and then got the same sentence, how would you feel? What would you want to happen?

Sincerely,

Thomas A. Schweickert

March 12, 2013

Cody A. Schweickert
PO. Box 1312
St. John Fisher College
3690 East Ave.
Rochester, NY   14618

Honorable Richard J. Arcara
United States District Judge
C/o John Humann, Senior Litigator
Federal Public Defender's Office
Western District of New York
300 Pearl St., Suite 200
Buffalo, NY 14202

Dear Sir,

My name is Cody Schweickert. I am Michael Reed's younger brother. I am a 19-year-old freshman at St. John Fisher College where I am studying Political Science and English. I want to thank you for considering what I have to say about Michael as I may know his story better than most.

We grew up in poverty and abuse; I consider my life to this point to be rough. If my life was rough, then Michael's life was hell.

I have known Michael since the day I was born in 1993. Even at four years of age Michael knew how to take care of me. I have heard stories of Michael making my formula and watching me when nobody else was there. To show responsibility, compassion and leadership at such a young age despite having been kidnapped, and being sexually/physically/verbally abused is the true characterization of Michael.

Our mother had Michael when she was 16 years old. She was a child raising children. Michael has never met his father and shared a brother-sister type of relationship with our mother. It is an understatement to say he had no role model growing up. Considering this, it was amazing to see Michael turn his life around after battling a history of drugs and violence. He seemed to have overcome most of his flaws by the time he was 19 years old. Apparently the sexual abuse he experienced in the past is leading to poor decision making today.

Michael broke the law. But where was the law when Michael needed protection?

Michael did wrong, but after nearly a year of incarceration, I am fully convinced that he has learned his lesson, paid the price for his crime, and is rehabilitated. His goal in life beyond those steel bars is to earn an honest living as a mechanic and be the best dad he can be to his children. That is all he wants.

I can honestly say that if Michael was not my brother and I knew his story this letter would still be sent to you. The fact is he is my brother. And I was there when he was absorbing the fists to protect me. I was there when he was intentionally locked out of the house in the frosty winter. I was there when he was trying to wake up mommy because she had been passed out for two days. I was there. I would NOT be here at College if it weren't for the heartfelt care Michael provided for my younger brother and me.

I can only pray that this letter encompasses a small piece of what Michael deserves.

Sincerely,

Cody A. Schweickert

Cody A. Schweickert